UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

<u>United States of America</u>

            v.                              Criminal Case No. 22-0213

**ALFRDO MEJIA**

## WAIVER OF DEFENDANT'S APPEARANCE AT ARRAIGNMENT

I, ALFREDO MEJIA, hereby waive my appearance at the arraignment. I further state I have received a copy of the superseding indictment and that I am entering a not guilty plea.

Date: <u>6-14-2024</u>          <u>/s/ Alfredo Mejia Mejia</u>
                                       Defendant

Date: <u>6-14-2024</u>          <u>/s/ Patrick K. Hanly</u>
                                       Counsel for Defendant

WAIVER APPROVED.

Date: <u>6/17/2024</u>          _Allison Clare_
                                       United States Magistrate Judge

Copies to: U.S. Attorney, Defense Counsel, U.S. Marshal, U.S. Probation