Patrick K. Hanly (SBN 128521)
455 Capitol Mall Suite 330B
Sacramento, CA 95814
Telephone: (916) 773-2211

Attorney for Defendants
ALFREDO MEJIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>ALFREDO MEJIA,<br><br>　　　　　　　Defendant. | CASE NO. 2:22-0213-14 KJM<br><br>STIPULATION REGARDING TRAVEL |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. That the defendant's mother lives in Mexico and has recently undergone surgery. There have been complications from the surgery and his mother is not recovering well. Defendant wishes to travel to Mexico to assist his mother in her recovery;

2. That pretrial Services in Trenton New Jersey is supervising defendant and indicates he has no pretrial violations. Pretrial Services in Sacramento defers to the Court on international travel requests.

3. That defendant will travel to Mexico and return after one week, returning to the United States no later than September 21, 2024. Defendant will return his passport to pretrial services upon his return to the United States.

4. That the government agrees the defendant may obtain his passport from pretrial services and travel to Mexico to visit his mother, who is ill, for a one-week period.

**IT IS SO STIPULATED**.

Dated: September 4, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ VERONICA ALEGRIA
VERONICA ALEGRIA
Assistant United States Attorney

Dated: September 4, 2024

/s/ PATRICK HANLY
PATRICK HANLY
Counsel for Defendant

**ORDER.**

The defendant, Alfredo Mejia, may obtain his passport from pretrial services and travel to Mexico for a one-week period, returning no later than September 21, 2024, and returning his passport to pretrial services upon his return to the United States.

**IT IS SO ORDERED**.

Dated: September 5, 2024

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE